464 A.2d 530

Commonwealth v. MacKenzie, Appellant.

Petition for Allowance of Appeal
Denied Nov. 8, 1983.

 Submitted March 23, 1983. Daniel Paul Alva, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence is affirmed.